UNITED STATES of America,
Plaintiff–Appellee,

v.

Curtis Lee GREEN, Defendant–
Appellant.

No. 03–10429
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2003.

David Lee Jarvis, Assistant US Attorney, Nancy E. Larson, Assistant US Attorney, US Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Curtis Green, pro se, Oakdale, LA, Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:*

The federal public defender appointed to represent Curtis Lee Green has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Green was notified but filed no response. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities in this

case, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.